IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: Nancy Sternberg

\*
\* Case No. 09-26106
\* Chapter 13
\*
Debtor   \*

## CHAPTER 13 PLAN

[✓] Original Plan    [ ] Amended Plan    [ ] Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):
   a. $ 75.00 _____ per month for a term of 43 _____ months. OR

   b. $ _____ per month for _____ month(s),
      $ _____ per month for _____ month(s),
      $ _____ per month for _____ month(s), for a
      total term of _____ months. OR

   c. $ _____ per month prior to confirmation of this plan, and
      $ _____ per month after confirmation of this plan, for a total term of
      _____ months (if this option is selected, complete 2.e.i).

2. From the payments received, the Trustee will make the disbursements in the order described below:

   a. Allowed unsecured claims for domestic support obligations and trustee commissions.

   b. Administrative claims under 11 U.S.C. §507(a)(2), including attorney's fee balance of $ 7.50 _____ (unless allowed for a different amount by an order of court).

   c. Claims payable under 11 U.S.C. § 1326(b)(3). Specify the monthly payment:
      $ _____.

   d. Other priority claims defined by 11 U.S.C. §507(a)(3)-(10). The Debtor anticipates the following priority claims:

   e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:
      I.   Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as

specified in 2.e.ii and 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

Claimant    Redacted Acct. No.    Monthly Payment

ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

Claimant    Anticipated Arrears    Monthly Payment    No. of Mos.

iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

Claimant    Amount    % Rate    Monthly Payment    No. of Mos.:

iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

vii. In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

f. After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post- petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328, or upon dismissal of the case, or upon closing of the case.

8. Non-standard Provisions:

Date 8\26\09                               Debtor /s/ [signature]

_____             _____
Attorney for Debtor                        Joint Debtor

Local Bankruptcy Form M
Page Three (11/07)

Nancy Sternberg                                   Case No.  09-26106

# Certificate of Service

      I hereby certify that a copy of the Chapter 13 Plan was mailed first class, postage paid, this 14 1ᵗʰ day of September, 2009 to:

Peroutka & Peroutka, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122


Peroutka & Peroutka, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122


Peroutka & Peroutka, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122


Peroutka & Peroutka, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122


Wolpoff & Abramson, L.L.P.
Two Irving Centre
702 King Farm Blvd.
Rockville, MD 20850-5775


Wolpoff & Abramson, L.L.P.
Two Irving Centre
702 King Farm Blvd.
Rockville, MD 20850-5775

Mann Bracken, LLP
Two Irving Centre
702 King Farm Blvd.
Rockville, MD 20850-5775

Page 2of 5

Karas & Bradford
323-325 South Main Street
Bel Air, MD 21014

Bronson & Migliaccio, LLP
808 Landmark Dr, Suite 227
Glen Burnie, MD 21061-4985

Bronson & Migliaccio, LLP
808 Landmark Dr. Suite 227
Glen Burnie, MD 21061-4985

Pentagroup Financial, LLP
5959 Corporate Dr, Suite 1400
Houston, TX 77036

Capital Management Services, LP
726 Exchange Street, Suite700
Buffalo, NY 14210

Phoenix Credit, L.L.C.
2501 McGavock Pike, Suite 300
Nashville, TN 37214

Nationwide Credit, INC.
2015 Vaughn Rd NW, BLD. 4000
Kenneshaw, GA 30144-7801

Vital Recovery Services, INC.
PO Box 923747
Norcross, GA 30010-3747

LTD Financial Services, L.P.  
7322 Southwest Freeway, Suite 1600  
Houston, TX 77074

Page 3 of 5

Firstsource Advantage, LLC  
205 Bryant Woods South  
Amherst, NY 14228

Resurgent Capital Services, L.P.  
P.O. Box 5025  
Sioux Falls, SD 57117-5025

Asset Acceptance LLC  
PO Box 2036  
Warren, MI 48090-2036

Midland Credit Management  
PO Box 603, Dept. 12421  
Oaks, PA 19456

Van Ru Credit Corporation  
8550 Ulmerton Rd, Suite 225  
Largo, FL 33771-5351

Midland Credit Management  
PO Box 1259, Dept. 12421  
Oaks, PA 19456

Allied Interstate, Inc.  
3000 Corporate Exchange Dr, 5th Floor  
Columbus, OH 43231

Credit Protection Association, L.P.  
13355 Noel Rd.  
Dallas, TX 75240

Receivables Outsourcing, Inc.
PO Box 22
Timonium, MD 21094-0022

Page 4of 5

Afni, Inc.
404 Brock Dr, PO B 3427
Bloomington, IL 61702-3427

Natson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830

Holy Cross Anesthesiology Ass.
804 Scott Nixon Memorial Dr.
Augusta, GA 30907

RPM
20816 44TH Ave W
Linnwood, WA 98036

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

Titan Management Services, LLC
PO Box 956338
Duluth, GA 30095-9506

Hecht's
PO Box 8075
Lorain, OH 44055

Kohl's
PO Box 3084
Milwaukee, WI 53201-3084

LVNV Funding LLC
PO Box 740281
Houston, TX 77274


LVNV Funding LLC
PO Box 740281
Houston, TX 77274


CACH LLC
370 17th St. Ste 5000
Denver, CO 80202


Global Credit
20010 Century Blvd.  Suite 4
Germantown, MD 20874


Tower Federal Credit Union
PO Box 123
Annapolis Junction, MD 20701-0123


Capital One Auto Finance
PO Box 260848
Plato, TX 75026-0848


FIA Card Services, NA
PO Box 22021
Greensboro, NC 27420-2021



*Nancy Sternberg*
Nancy Sternberg

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: jjohnson              Page 1 of 2              Date Rcvd: Sep 17, 2009
Case: 09-26106                 Form ID: pdfall             Total Noticed: 40

The following entities were noticed by first class mail on Sep 19, 2009.
db              +Nancy Ann Sternberg,    1462 Maryland Avenue,    Severn, MD 21144-2617
25422012        +Afni, Inc. Page 4 of 5,    404 Brock Dr, PO B 3427,    Bloomington, IL 61701-2654
25422009        +Allied Interstate, Inc.,    3000 Corporate Exchange Dr, 5' Floor,    Columbus, 0ll  43231-7689
25422026        +Anne Arundel County, Maryland,    Office of Law,    2660 Riva Road, 4th Floor,
                  Annapolis, MD 21401-7055
25421997         Bronson & Migliaccio, LLP,    808 Landmark Dr, Suite 227,    Glen Burnie, MD 210614985
25422021         CACH LLC,    370 17' St. Ste 5000,    Denver, CO 80202
25421999        +Capital Management Services, LP,    726 Exchange Street, Suite7OO,    Buffalo, NY 14210-1484
25422024         Capital One Auto Finance,    PO Box 260848,    Plato, TX 75026-0848
25422028        +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                  Baltimore, MD 21201-2305
25422010        +Credit Protection Association, L.P.,    13355 Noel Rd.,    Dallas, TX 75240-6602
25422025         FIA Card Services, NA,    PO Box 22021,    Greensboro, NC 27420-2021
25422016         Fate & Kirlin Associates,    28 1 0 Southampton Rd,    Philadelphia, PA 19154
25422004        +Firstsource Advantage, LLC Page,    205 Bryant Woods South,    Amherst, NY 14228-3609
25422022        +Global Credit,    2001 0 Century Blvd. Suite 4,    Germantown, MD 20874-1115
25422018        +Hecht's,    PO Box 8075,    Lorain, OH 44055-8075
25422014        +Holy Cross Anesthesiology Ass.,    804 Scott Nixon Memorial Dr.,    Augusta, GA 30907-2464
25421996        +Karas & Bradford Page 2 of 5,    323-325 South Main Street,    Be] Air, MD 21014-3942
25422003        +LTD Financial Services, L.P.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2053
25443094         MACYS RETAIL HOLDINGS, INC.,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
25421995         Mann Bracken, LLP,    Two Irving Centre,    702 King Farm Blvd.,    Rockville, MD 20850-5775
25422007        +Midland Credit Management,    PO Box 603, Dept. 12421,    Oaks, PA 19456-0603
25422001         Nationwide Credit, INC.,    2015 Vaughn Rd NW, BLD. 4000,    Kenneshaw, GA 30144-7801
25422013        +Natson, Watson & Associates, LLC,    80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
25421998        +Pcntagroup Financial, LLP,    5959 Corporate Dr, Suite 1400,    Houston, TX 77036-2311
25421993        +Peroutka & Peroutka, P.A.,    8028 Ritchie Highway, Suite 300,    Pasadena, MD 21122-0803
25422000        +Phoenix Credit, L.L.C.,    2501 McGavock Pike, Suite 300,    Nashville, TN 37214-1227
25422015         RPM,    20816 44' Ave W,    Linnwood, WA 98036
25422011         Receivables Outsourcing, Inc.,    PO Box 22,    Timonium, MD 21094-0022
25422027        +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2201
25422017         Titan Management Services, LLC,    PO Box 956338,    Duluth, GA 30095-9506
25422008         Van Ru Credit Corporation,    8550 Ulmerton Rd, Suite 225,    Largo, FL 33771-5351
25422002         Vital Recovery Services, INC.,    PO Box 923747,    Norcross, GA 30010-3747
25421994         Wolpoff & Abramson, L.L.P.,    Two Irving Centre,    702 King Farm Blvd.,
                  Rockville, MD 20850-5775
The following entities were noticed by electronic transmission on Sep 17, 2009.
cr              +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 17 2009 20:25:21
                  Capital One Auto Finance Department,    c/o Ascension Capital Group,    PO Box 201347,
                  Arlington, TX 76006-1347
25440309        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 17 2009 20:25:21
                  Ascension Capital Group, Inc.,    Attn: Capital One Auto Finance Departmen,
                  Account: XXXXXXXXXXXX3430,    P.O. Box 201347,    Arlington, TX 76006-1347
25422006         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
                  PO Box 2036,    Warren, Ml 48090-2036
25422019         E-mail/PDF: cr-bankruptcy@kohls.com Sep 17 2009 20:25:23     Kohl's,    PO Box 3084,
                  Milwaukee, WI 53201-3084
25422020        +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
                  PO Box 740281,    Houston, TX 77274-0281
25422005         E-mail/Text: resurgentbknotifications@resurgent.com
                  Resurgent Capital Services, L.P.,    P.O. Box 5025,    Sioux Falls, SD 57117-5025
25422023         E-mail/Text: COLLECTIONS@TOWERFCU.ORG                            Tower Federal Credit Union,
                  PO Box 123,    Annapolis Junction, MD 20701-0123
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0416-1          User: jjohnson            Page 2 of 2              Date Rcvd: Sep 17, 2009
Case: 09-26106                Form ID: pdfall           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2009**                         **Signature:**   *Joseph Speetjens*